908 A.2d 265

**Roger Edward Jerome BIEROS, Appellant,**

v.

**PA. DEPT. OF CORRECTIONS/Jeffrey A. BEARD, PhD., Secretary of D.O.C., Warden, James L. Grace of SCI Huntingdon; SCIH Capt of Security, Fisher; SCIH Unit Manager, Hollibaugh, et al., Appellees.**

Supreme Court of Pennsylvania.

Aug. 29, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 29th day of August, 2006, probable jurisdiction is noted and the order of the Commonwealth Court is affirmed. The "Petition/Motion for Transfer to Eastern District Middle District is Court of Non Conveniens" is dismissed as moot.